

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

C.A., an infant, by his mother and natural guardian, : 16-CV-5595 (ARR) (RML)
MARIYA AUQUILLA; and MARIYA AUQUILLA,
individually,

        Plaintiffs, : ORDER

   -against-

REGAL ENTERTAINMENT GROUP; REGAL
CINEMAS, INC.; SHORE PARKWAY OWNER LLC; and
UA SHEEPSHEAD BAY STADIUM 14 IMAX & RPX,

        Defendants.

------------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendations on the instant case dated July 30, 2017 from the Honorable Robert M. Levy, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendations for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendations, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Once the bank account where the settlement funds will be held in trust has been set up, pursuant to the conditions set forth in the Report and Recommendations, plaintiffs' counsel is directed to file proof thereof with the court. Such proof shall be filed no later than September 21, 2017.

1

SO ORDERED.

/s/ ARR
Allyne R. Ross
United States District Judge

Dated: August 22, 2017
Brooklyn, New York